Gregory H. King, Bar No. 7777
ghk@paynefears.com
Matthew L. Durham, Bar No. 10342
mld@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
7251 W. Lake Mead Blvd, Suite 525
Las Vegas, NV 89128
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Defendant
GREYSTONE NEVADA, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN R. MCELHONE II, individually; S R REALTY LAND TRUST, individually; ZACK DUDE LLC, individually; ASH BOS LLC, individually; JOHN A. BRAND, individually; CARL AND CYNTHIA CANFIELD REVOCABLE TRUST, dated September 30, 2005; AMPELIO and TERESA CASILLAS, individually; JOSHUA D AMORE, individually; JANEY'S TRUST; DAISY TRUST; DOMINADOR & ESPERANZA A. WAN and RAMON J. & ELENITA A. MUCHO JR, individually; GALLAGHER FAMILY TRUST; DEPOT TRUST; VERONICA GALLEGOS, individually; GIARDINI FAMILY TRUST; JOHNNY R. and EUGENIA E. IBARRA, individually; ITHACA FALLS TRUST; I R A SERVICES TRUST COMPANY, custodian FBO Jerald L. Jackson; JAGTIANI FAMILY TRUST; GLENN and JOANNE OVERSTROM, individually; CHAPRA LLC SERIES A; SLATSKY FAMILY TRUST; DANILO and MYRNA VINLUAN, individually; SHANNON WISE-DIAZ, individually; QIAN FAMILY LIVING TRUST, dated 3/7/2012; CHRISTOPHER and CONSTANCE HURTADO, individually; ADAM JOHNSON, individually; JARED and LORI PRYOR, individually; DENNIS and YANET RUSSELL, individually; and ROES 1-600, inclusive,<br><br>    Plaintiffs,<br><br>    v. | Case No. 2:14-cv-01670-GMN-CWH<br><br>**ORDER ON PLAINTIFFS' MOTION TO REMAND TO STATE COURT, NEVADA'S EIGHTH JUDICIAL DISTRICT** |

GREYSTONE NEVADA, LLC, a Delaware Corporation; and DOES 1 through 500, inclusive,

        Defendant.

The Court, having considered Plaintiffs' Motion to Remand to State Court, Nevada's Eighth Judicial District (doc. 10), Defendant Greystone Nevada, LLC's limited opposition thereto, and all other pleadings and papers on file, hereby finds and orders as follows:

**IT IS SO ORDERED** that Plaintiffs' Motion to Remand to State Court, Nevada's Eighth Judicial District (doc. 10) is **GRANTED**.

**IT IS FURTHER ORDERED** that each individual Plaintiff may not seek damages (including all damages, attorneys' fees, and costs allowed under NRS 40.655) of more than $75,000.

The Clerk of Court shall remand this case back to the Eighth Judicial District Court, and thereafter close this Court's case.

**DATED** this 6th day of March, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

4831-0881-3088.1